IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 3:19-1740-JFA-SVH |
| Plaintiff, | ) | |
| vs. | ) | |
| $13,830.82 dollars in United States Currency, Funds on Deposit in Cooper Trust Fund Account for Moses Frasier, | ) | ORDER |
| Defendant. | ) | |

The United States of America ("USA") filed its complaint for forfeiture in this case on June 18, 2019. [ECF No. 1]. On August 2, 2019, Moses Frasier ("Claimant") filed a claim to the seized funds and an answer to the complaint. [ECF Nos. 11–12]. On August 23, 2019, USA filed a motion for judgment on the pleadings, arguing that Claimant's answer failed to meet pleading requirements. On August 28, 2019, Claimant filed a "Motion to Withdraw Petition Without Prejudice." [ECF No. 21]. The motion contains no explanation or argument, but is actually a proposed order that purportedly dismisses an unspecified petition without prejudice.

It appears to the court that Claimant may be attempting to dismiss his claim to the seized funds and answer. However, out of an abundance of caution, Claimant is directed to complete the attached special interrogatory

and return the completed form to the court by September 12, 2019. Claimant is advised that the deadline for filing claims has expired and no future claims may be filed.

    IT IS SO ORDERED.

*Shiva V. Hodges*

August 29, 2019　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 3:19-1740-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $13,830.82 dollars in United States Currency, Funds on Deposit in Cooper Trust Fund Account for Moses Frasier, | ) ) ) ) ) | |
| Defendant. | ) ) | |

SPECIAL INTERROGATORY TO CLAIMANT MOSES FRASIER:

Do you wish to withdraw your claim and answer filed August 2, 2019, in this case?

\_\_\_\_\_ Yes, I am no longer contesting the forfeiture and wish to withdraw my claim and answer.

\_\_\_\_\_ No, I still wish to pursue my claim in this matter and will file a timely substantive response to the Motion for Judgment on the Pleadings. I understand that failure to timely respond to the motion for judgment on the pleadings will result in dismissal of my claim in this case.

_____
Moses Frasier, Claimant

Complete the attached special interrogatory and return to the Clerk of Court at 901 Richland Street, Columbia, South Carolina 29201 by September 12, 2019.